UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TERRY MANUFACTURING | ) CASE NO. 03-32063-WRS |
|   COMPANY, INC. | ) |
| | ) CHAPTER 7 |
|   Debtor | ) |
| _____ | |
| IN RE: | ) |
| | ) CASE NO. 03-32213-WRS |
| TERRY UNIFORM | ) |
|   COMPANY, LLC, | ) CHAPTER 7 |
| | ) |
|   Debtor. | ) |
| _____ | |
| | ) |
| DELONG, CALDWELL, NOVOTNY, | ) |
| & BRIDGERS, L.L.C., DELONG | ) |
| CALDWELL LOGUE & WISEBRAM, | ) |
| DELONG & CALDWELL, L.L.C. | ) |
| AND EARNEST H. DELONG, JR., | ) |
|   Cross-Appellant/Appellee | ) CIVIL ACTION NO. |
| | ) |
| VERSUS | ) 2:07-CV-0585 |
| | ) |
| J. LESTER ALEXANDER, III, | ) |
| TRUSTEE OF TERRY | ) |
| MANUFACTURING COMPANY, INC. | ) |
| AND TERRY UNIFORM COMPANY, | ) |
|   Appellants/Cross-Appellees | ) |

**CONFLICT DISCLOSURE STATEMENT**

     COMES NOW, J. Lester Alexander, III, Appellee and Cross-Appellant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure

-1-

NO.99834652.1

concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.

This party is a duly-appointed and acting Chapter 7 bankruptcy trustee.

2.

The Debtors are Terry Manufacturing Company, Inc. and Terry Uniform Company, LLC. Entities who has been active participants in the bankruptcy proceedings include First Bank, Southtrust Bank (Wachovia Bank) and Cintas Corporation. The members of the unsecured creditors' committee are Roosevelt McCorvey, M.D., Anthony and Yvonne Robinson, Stanford C. Stoddard and John Bernard.

Dated: December 21, 2007.

Respectfully submitted,

**PHELPS DUNBAR LLP**

By:  /s/ Catherine E. Lasky_____
Brent B. Barriere, T.A. (La. Bar No. 2818)
Catherine E. Lasky (La. Bar No. 28652)
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: (504) 566-1311
Facsimile: (504) 568-9130

**ATTORNEYS FOR J. LESTER ALEXANDER, III, TRUSTEE FOR TERRY MANUFACTURING COMPANY, INC. AND TERRY UNIFORM COMPANY, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 21st day of December, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who have consented to electronic notification.

                                                  /s/ Catherine E. Lasky