UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

J. LESTER ALEXANDER, III,   )
TRUSTEE OF TERRY   )
MANUFACTURING COMPANY,   )
INC. AND TERRY UNIFORM   )
COMPANY,   )
   )
   Appellant/Cross-Appellee   )
   )   CIVIL ACTION FILE
VS.   )
   )   NO. 2:07-cv-0585
DELONG, CALDWELL, NOVOTNY   )
& BRIDGERS, L.L.C., DELONG   )
CALDWELL LOGUE & WISEBRAM,   )
L.L.C., DELONG & CALDWELL,   )
L.L.C. AND EARNEST H. DELONG,   )
JR.,   )
   Appellee/Cross-Appellant   )

CONFLICT DISCLOSURE STATEMENT

Come now DELONG, CALDWELL NOVOTNY & BRIDGERS, L.L.C.,

DELONG, CALDWELL, LOGUE & WISEBRAM, L.L.C., DELONG &

CALDWELL, L.L.C. AND EARNEST H. DELONG, JR., Appellee/Cross Appellant

in the within captioned matter, and in accordance with the Court's Order in this

matter make the following disclosure concerning parent companies, subsidiaries,

partners, limited liability entity members and managers, trustees (but not trust

beneficiaries, affiliates, or similar entities, reportable under the provisions of the

Middle District of Alabama's General Order No. 3047.

1.      Earnest H. DeLong, Jr. is an individual.  Each of the other reporting

parties is a limited liability company organized under Georgia law.

2.      None of the reporting parties is a governmental entity.

3.      There are no other entities to be reported.

Dated: December 21, 2007

                                        Respectfully submitted,


                                        ___s/ Earnest H. DeLong, Jr._____
                                        Earnest H. DeLong, Jr.
                                        Georgia Bar No. 217300
                                        101 Marietta Street
                                        Suite 3100
                                        Atlanta, Georgia 30303
                                        Telephone: 404/979-3150
                                        Facsimile: 404/979-3170

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date electronically filed the foregoing Conflict Disclosure Statement with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who have consented to electronic notification.

s/ Earnest H. DeLong, Jr.