**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 8, 2008

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Alexander v. DeLong, Caldwell, Novotny, & Bridgers, L.L.C. et al
      Civil Action No.   2:07-cv-00585-MEF

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now  *2:07-cv-00585-WKW*.

This new case number should be used on all future correspondence and pleadings in this action.