UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| TERRY MANUFACTURING | ) | CASE NO. 03-32063-WRS |
|   COMPANY, INC. | ) | CHAPTER 7 |
|   Debtor | ) | |
|                                                        | | |
| IN RE: | ) | |
| TERRY UNIFORM | ) | CASE NO. 03-32213-WRS |
|   COMPANY, LLC, | ) | CHAPTER 7 |
| | ) | |
|   Debtor. | ) | |
| | | |
| J. LESTER ALEXANDER, III, | ) | |
| TRUSTEE OF TERRY | ) | |
| MANUFACTURING COMPANY, INC. | ) | |
| AND TERRY UNIFORM COMPANY | ) | |
|   Cross-Appellant/Appellee, | ) | CIVIL ACTION NO. |
| | ) | |
| VERSUS | ) | 2:07-CV-0585 |
| | ) | |
| DELONG, CALDWELL, NOVOTNY, | ) | |
| & BRIDGERS, L.L.C. , DELONG | ) | |
| CALDWELL LOGUE & WISEBRAM, | ) | |
| DELONG & CALDWELL, L.L.C. | ) | |
| AND EARNEST H. DELONG, JR., | ) | |
|   Appellants/Cross-Appellees | ) | |

**Appeal from the United States Bankruptcy Court for the Middle District of Alabama**
**Adversary Proceeding No.: 04-03135**

**MOTION TO WITHDRAW REPLY BRIEF OF CROSS-APPELLANT, J. LESTER ALEXANDER, III, TRUSTEE OF TERRY MANUFACTURING COMPANY, INC. AND TERRY UNIFORM COMPANY, LLC IN ABOVE-CAPTIONED PROCEEDING**

                                                         Brent B. Barriere, T.A.  (La. Bar No. 2818)
                                                         Catherine E. Lasky (La. Bar No. 28652)
                                                          PHELPS DUNBAR LLP
                                                         365 Canal Street, Suite 2000
                                                         New Orleans, LA 70130
                                                         Telephone:  (504) 566-1311
                                                         Facsimile:  (504) 568-9130
                                                        **ATTORNEYS FOR J. LESTER**
                                                        **ALEXANDER, III, TRUSTEE**

NO.99838451.1

NOW INTO COURT, through undersigned counsel comes J. Lester Alexander, III, Trustee of Terry Manufacturing Company, Inc. and Terry Uniform Company, LLC ('Trustee") who respectfully requests that this Court withdraw the Reply Brief filed by the Trustee on January 14, 2008 from the docket of the above-captioned proceeding. Counsel for the Trustee inadvertently filed this brief in the wrong proceeding. Undersigned counsel has filed the brief in the correct proceeding (2:07-CV-0620).

For the foregoing reasons, J. Lester Alexander, III, Trustee of Terry Manufacturing Company, Inc. and Terry Uniform Company, LLC, respectfully requests that his Motion be granted; that the Reply Brief filed in Case Number 2:07-CV-0585 be withdrawn; and that the Trustee be granted such other and further relief to which he may be entitled.

Respectfully submitted,

**PHELPS DUNBAR LLP**

By:  /s/ Brent B. Barriere
Brent B. Barriere, T.A. (La. Bar No. 2818)
Catherine E. Lasky (La. Bar No. 28652)
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: (504) 566-1311
Facsimile: (504) 568-9130

**ATTORNEYS FOR J. LESTER ALEXANDER, III, TRUSTEE FOR TERRY MANUFACTURING COMPANY, INC. AND TERRY UNIFORM COMPANY, LLC**

-1-

NO.99838451.1

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 14th day of January, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who have consented to electronic notification and have served a copy of the foregoing by United States Mail, properly addressed, postage pre-paid to the following persons:

Mr. Earnest H. DeLong, Jr.
Mr. Charles Bridgers
DeLong, Caldwell, Novotny & Bridgers LLC
Centennial Tower, Suite 3100
101 Marietta Street N.W.
Atlanta, GA 30303

/s/ Catherine E. Lasky_____