IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TERRY MANUFACTURING COMPANY, INC., | ) ) | CASE NO. 03-32063-WRS |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

| | | |
|---|---|---|
| J. LESTER ALEXANDER, III, TRUSTEE | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | |
| | ) | 2:07-CV-0585 |
| v. | ) | |
| | ) | |
| DELONG, CALDWELL, NOVOTNY, & BRIDGERS, L.L.C., *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw Reply Brief (Doc. # 14), it is

ORDERED that the motion is GRANTED.

Done this 15th day of January, 2008.

                                                           /s/   W.  Keith Watkins
                                                           UNITED STATES DISTRICT JUDGE